AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| | | |
|---|---|---|
| Case No.: 23-8488MB ~~23-844mb.sw~~ | Date and time warrant executed: 11/22/2023 10:45 am | Copy of warrant and inventory left with: On countertop in kitchen |

Inventory made in the presence of :
Christina Saldate

Inventory of the property taken and name of any person(s) seized:

See attached inventory.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 11/27/2023

*Executing officer's signature*

Emily D'Agnolo, Special Agent
*Printed name and title*



# Inventory Listing of All Items Seized at Search Warrant Site

**Site Name:**
28736 N. 20th Lane
Phoenix, AZ 85085
Residence

**Investigation Number:**
1000317069
**Starting Date and Time:**
11/22/2023 10:45 AM
**Ending Date and Time:**
11/22/2023 01:52 PM

**Report Date:**
Wednesday, November 22, 2023

---

| | | |
|---|---|---|
| **Control #:** | 1 | **Evidence Box:** 0 |
| **Location:** | Laundry Room | **Locator Code:** F |
| **Found:** | Next to Gun Safe | |
| **Description:** | Seized per Warrant | 762 ammo box<br>556 ammo box<br>Spike's Tactical Model ST15/SBR 93761 |

---

| | | |
|---|---|---|
| **Control #:** | 2 | **Evidence Box:** 0 |
| **Location:** | Master Bathroom | **Locator Code:** L |
| **Found:** | Bathroom Vanity Cabinet in grey bag | |
| **Description:** | Seized per Warrant | Cash of $100.00 dollar bills wrapped in white band |

---

| | | |
|---|---|---|
| **Control #:** | 3 | **Evidence Box:** 0 |
| **Location:** | Laundry Room | **Locator Code:** F |
| **Found:** | In backpack on safe | |
| **Description:** | Seized per Warrant | Trezor & lightring connector |

---

| | | |
|---|---|---|
| **Control #:** | 4 | **Evidence Box:** 0 |
| **Location:** | Laundry Room | **Locator Code:** F |
| **Found:** | In safe | |
| **Description:** | Seized per Warrant | Apple Macbook Pro<br>Zipads<br>Iphone |

---

| | | |
|---|---|---|
| **Control #:** | 5 | **Evidence Box:** 1 |
| **Location:** | Laundry Room | **Locator Code:** F |
| **Found:** | In safe | |
| **Description:** | Seized per Warrant | Seed Phrases & Passwords<br>Cash Bands<br>Titles to ATVs |

---

| | | |
|---|---|---|
| **Control #:** | 6 | **Evidence Box:** 1 |
| **Location:** | Laundry Room | **Locator Code:** F |
| **Found:** | In Backpack on Safe | |
| **Description:** | Seized per Warrant | Trust Documents/Contracts/Financial Information/Customer Lists/Keys/Cash Bands |

| Control #: | 7 | Evidence Box: | 0 |
|---|---|---|---|
| Location: | Living Room | Locator Code: | A |
| Found: | Bankers Box | | |
| Description: | Seized per Warrant | Apple Mac book. SN/C02TT6K4HV2N | |

| Control #: | 8 | Evidence Box: | 2 |
|---|---|---|---|
| Location: | Alt Garage | Locator Code: | G |
| Found: | Near Freezer | | |
| Description: | Seized per Warrant | Handwritten notes/bills/royalty agreement w/Adel<br>Child support order<br>Telsa Title | |

| Control #: | 9 | Evidence Box: | 2 |
|---|---|---|---|
| Location: | Dinning Room | Locator Code: | B |
| Found: | In Black Bag | | |
| Description: | Seized per Warrant | Trust Documents/Sowerby Bills/Money bands and Bank Docs | |

| Control #: | 10 | Evidence Box: | 2 |
|---|---|---|---|
| Location: | Alt Garage | Locator Code: | G |
| Found: | Near Cabinets | | |
| Description: | Seized per Warrant | Money Bands/Outstanding Bills/Insurance/Vehicle Purchase Agreement | |

| Control #: | 11 | Evidence Box: | 2 |
|---|---|---|---|
| Location: | Kitchen | Locator Code: | C |
| Found: | On Refrigerator | | |
| Description: | Seized per Warrant | Apple IPhone | |

| Control #: | 12 | Evidence Box: | 2 |
|---|---|---|---|
| Location: | Kitchen | Locator Code: | C |
| Found: | On Refrigerator | | |
| Description: | Seized per Warrant | 2018 Global Works LLC Tax Docs | |

| Control #: | 13 | Evidence Box: | 0 |
|---|---|---|---|
| Location: | Alt Garage | Locator Code: | G |
| Found: | Garage Floor | | |
| Description: | Seized per Warrant | Desktop Tower Computer<br>FD-CA-DEF-R5-BK/2102FD2583060070 | |

| Control #: | 14 | Evidence Box: | 2 |
|---|---|---|---|
| Location: | Dinning Room | Locator Code: | B |
| Found: | In Jewerly Box | | |
| Description: | Seized per Warrant | Trust Docs/Real Estate Purchases/Solar Workpapers/Civil Lawsuits/Escalade Title | |

| Control #: | 15 | Evidence Box: | 2 |
|---|---|---|---|
| Location: | Master Bedroom | Locator Code: | N |
| Found: | On Shelves | | |
| Description: | Seized per Warrant  Cancelled Checks/Tax Forms/Trust Doc/Money Bands | | |

| Control #: | 16 | Evidence Box: | 2 |
|---|---|---|---|
| Location: | Master Bathroom | Locator Code: | L |
| Found: | Closet | | |
| Description: | Seized per Warrant  Op Agreement/SS4/Invoices/Statements/Implementation Plan | | |

| Control #: | 17 | Evidence Box: | 0 |
|---|---|---|---|
| Location: | Master Bathroom | Locator Code: | L |
| Found: | Closet | | |
| Description: | Seized per Warrant  Sony VAIO Laptop S/N 275283393004327 | | |

| Control #: | 18 | Evidence Box: | 2 |
|---|---|---|---|
| Location: | Living Room | Locator Code: | A |
| Found: | Bankers Box | | |
| Description: | Seized per Warrant  Documents and Checks | | |